IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Texas Freightways, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00826 |
| v. | : | Judge Economus |
| United Pool Distribution, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Defendant's September 11, 2012 notice of substitution does not comply with Southern District of Ohio Civil Rule 83.4(c)(1), which states:

> **Substitution of a new trial attorney.** The current trial attorney may withdraw either from the case or from the designation as trial attorney by filing a notice that is signed by (1) *the current, withdrawing trial attorney*; (2) the client; and (3) a new, substituting trial attorney. If the substituting trial attorney is a member of the same partnership, legal professional association, or governmental attorney group as the trial attorney to be substituted for and the notice affirmatively states that the substitution is made with the client's knowledge and consent, the client's signature is not required.

S. D. Ohio Civ. 83.4(c)(1). Counsel is DIRECTED to file a notice that complies with this rule.

s/ Mark R. Abel
United States Magistrate Judge