IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Texas Freightways, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00826 |
| v. | : | Judge Economus |
| United Pool Distribution, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Counsel has reported that this case has settled and that a dismissal entry will be filed within thirty (30) days. The Settlement Week mediation set for June 13, 2013 is CANCELED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Bruce Hadden, 132 Northwoods Boulevard, Columbus, Ohio 43235.

s/Mark R. Abel
United States Magistrate Judge